SHAH v. HOWARD JOHNSON

No. 546P00

Case below: 140 N.C. App. 58

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 dismissed as moot 1 February 2001.

SIMMS v. PRUDENTIAL LIFE INS. CO. OF AM.

No. 558P00

Case below: 140 N.C. App. 529

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

SMITH v. BEAUFORT CTY. HOSP. ASS'N, INC.

No. 83A01

Case below: 141 N.C. App. —— (29 December 2000)

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 2 March 2001.

SPEAGLE v. SEITZ

No. 32PA01

Case below: 141 N.C. App. 534

Motion by plaintiffs for temporary stay allowed 18 January 2001. Petition by plaintiffs for writ of supersedeas allowed 1 March 2001. Motion by defendant to dismiss plaintiffs' appeal for lack of substantial constitutional question allowed 1 March 2001. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 1 March 2001. Justice Edmunds recused.